UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MICHAEL PLATZER,

    Plaintiff,

- against -

HEWLETT-PACKARD COMPANY,

    Defendant.

06 CV 2251 (RM) (AKT)

STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between counsel for the respective parties herein, that, pursuant to Fed. R. Civ. P. 41(a)(1), the above-captioned action is voluntarily dismissed with prejudice and without costs, attorneys fees or interest to either party.

_____
Neil Frank, Esq.
Jennifer L. DeVenuti, Esq.
FRANK & ASSOCIATES, P.C.
500 Bi-County Boulevard
Suite 112N
Farmingdale, New York 11735
Phone: 631-756-0400
Fax: 631-756-0547
E-mail: nfrank@laborlaws.com
          jdevenuti@laborlaws.com

_____
Thomas J. Flaherty, Esq.
Lindsey H. McGinnis, Esq.
LITTLER MENDELSON, P.C.
1650 Tysons Boulevard, Suite 700
McLean, Virginia 22102
Phone: 703- 442-8425
Fax: 703-442—8428
Email: tflaherty@littler.com
       lmcginnis@littler.com

Adam C. Weiss, Esq.
MILMAN LABUDA LAW GROUP PLLC
3000 Marcus Avenue, Suite 3W3
Lake Success, New York 11042
Phone: 516-328-8899
Fax: 516-328-0082
Email: aweiss@mhlaborlaw.com